UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DISTRICT COURT OF GUAM
JAN - 9 2007
MARY L.M. MORAN
CLERK OF COURT

| UNITED STATES OF AMERICA, | No. 05-10428 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. CR-04-00029-RSM |
| v. | |
| SOON C. PAE, aka "Mama Jeanie", | **JUDGMENT** |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District Of Guam (Hagatna).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District Of Guam (Hagatna) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED.**

Filed and entered 07/26/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
DEC 28 2006
by: _____
Deputy Clerk

**FILED**

JUL 26 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 05-10428 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00029-RSM |
| v. | |
| SOON C. PAE, aka "Mama Jeanie," | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Guam
Ricardo S. Martinez, District Judge, Presiding

Submitted July 24, 2006[**]

Before: ALARCÓN, HAWKINS and THOMAS, Circuit Judges.

Soon C. Pae appeals from the sentence imposed following her guilty plea conviction to conspiracy to distribute methamphetamine hydrochloride, in

---

[*] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

[**] This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

violation of 21 U.S.C. §§ 841(a)(1) and 846. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Pae contends that the district court erred in denying her a minimal participant adjustment. The record supports the district court's conclusion that Pae was not entitled to this adjustment. *See United States v. Cantrell*, 433 F.3d 1269, 1282-83 (9th Cir. 2006). Because we affirm the decision not to apply the adjustment, we need not reach Pae's contention regarding which version of the United States Sentencing Guidelines should have been used.

**AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
DEC 28 2006
by: Deputy Clerk