SOON C PAE # 02450-093  
FEDERAL CORRECTIONAL CAMP  
P.O. BOX 5100  
ADELANTO, CA. 92301



**FILED**
DISTRICT COURT OF GUAM

FEB 0 4 2008

JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> RESPONDENT ) <br> ) <br> V ) <br> ) <br> SOON C PAE ) <br> ) <br> PETITIONER ) | CRIMINAL CASE NUMBER CR04-00029 <br> STATUS ON A CASE |

  **COMES NOW PETITIONER SOON C PAE** Requesting this Honorable Court to accept this Status on a Case Motion and grant petitioner the opportunity to be heard and allow her to know the status of her case.

  Petitioner submitted a § 2255 Motion and it was file on October 15, 2007 and up to this date petitioner has not recieved any status of her case, and for that reason petitioner submitts this Motion requesting this Honorable Court to please provide defendant with information needed.

  Petitioner is not an expert in the law and pray that this Honorable Court sees this motion with leniency

Respectfully Submitte on this 28 day of January 2008

/s/ Soon C. Pae
SOON C PAE  # 02450-093
FEDERAL CORRECTIONAL CAMP
P.O. BOX 5100
ADELANTO, CA. 92301

CERTIFICATE OF SERVICE

THIS IS TO CERTIFIED THAT I SOON C PAE DEPOSIT THIS STATUS ON A CASE MOTION ON A FEDERAL CORRECTIONAL CAMP MAILBOX IN THE CITY OF ADELANTO CALIFORNIA, 92301 ON THIS 28 DAY OF JANUARY ,2008

/s/ Soon C. Pae
SOON C PAE  # 02450-093
FEDERAL CORRECTIONAL CAMP
P.O. BOX 5100
ADELANTO, CA. 92301